```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/7/09
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

STEPHANIE DEMOSTHENE,                    :        09 Civ. 3996 (SHS)

                          Plaintiff,     :

           -against-                     :        ORDER

SPOTLIGHT TIMES SQUARE, LLC, *ET AL.*,   :

                          Defendants.    :

------------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

     A pretrial conference having been held today, the return date of plaintiff's motion for a default judgment against defendants Spotlight Times Square, LLC and Spotlight Times Square Management, LLC, with counsel for plaintiff present, and no appearance on behalf of any defendant, at which time the default judgment was signed against Spotlight Times Square, LLC and Spotlight Times Square Management, LLC,

     IT IS HEREBY ORDERED that:

     1.    Defendant Paul E. Krug, Jr. shall answer or move in response to the complaint on or before October 21, 2009;

     2.    Plaintiff and defendant Krug shall confer in regard to whether they consent to a remand of this action to New York State Supreme Court, New York County; and

     3.    If no stipulation to remand this action is filed prior to October 30, there will be a pretrial conference in Courtroom 23A on October 30, 2009, at 10:00 a.m.

Dated: New York, New York
      October 7, 2009

                                    SO ORDERED:

                                                    Sidney H. Stein, U.S.D.J.